**STATE of Missouri, Respondent,**

v.

**Ronald E. NEITCH, Appellant.**

**No. WD 35058.**

Missouri Court of Appeals,
Western District.

Nov. 27, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 29, 1985.

Application to Transfer Denied Feb. 26, 1985.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John J. Oldenburg, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

**PER CURIAM.**

Appeal from conviction and sentence of Class C felony stealing.

Judgment affirmed. Rule 30.25(b).